UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SA CV 21-01068 SB | Date | 09-27-2021 |
|---|---|---|---|
| Title | Petitioner, Taylor Winston Wright., v. Respondent, United States of America SA CR 06-00143 SJO | | |

| Present: The Honorable | S. JAMES OTERO | |
|---|---|---|
| Victor Paul Cruz | not present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**   IN CHAMBERS

**The parties are advised that all future pleadings shall conform to the case caption above.** The Court sets the following briefing schedule re Petitioner's MOTION to Vacate, Set Aside or Correct Sentence By A Person in Federal Custody pursuant to 28 U.S.C. § 2255, filed on 6/17/2021:

    Opposition due: October 27, 2021;
    Reply due: November 17, 2021;

The Court finds the motion suitable for disposition without oral argument, no oral argument hearing will be set. The matter will stand submitted.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | vpc | |